UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| STEVEN REYNALDO PEREZ | § | |
| | § | |
| Plaintiff | § | |
| VS. | § | CIVIL ACTION NO. 2:12-CV-376 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## OPINION AND ORDER ON MOTION TO DELINEATE COURT COLLECTION ORDERS, REQUEST FOR PROOF OF RECEIPT OF PAYMENTS AND REQUEST FOR EXACT DOLLAR AMOUNT OWED TO THE COURT

Pending is a motion titled by Plaintiff "Motion to Delineate Court Collection Orders; Request for Proof of Receipt of Payments; and Request for Exact Dollar Amount Owed to Court" (D.E. 25). In his motion Plaintiff complains of the filing fee collection process.

There are two collection orders in place in this case, one covers the $350.00 district court filing fee (D.E. 8), and the second covers the $455.00 appellate filing fee (D.E. 23). There are two more collection orders pending in Plaintiff's other case, *Perez v. United States of America*, 2:10cv246 (D.E. 23, district court filing fee of $350.00, and D.E. 83, appellate filing fee of $455.00). Plaintiff owes the court a total of $1,610.00 According to the PLRA and the collection orders, Plaintiff must pay to the district court monthly, 20% of the previous month's income for each of the four collection orders, for a total of 80% of Plaintiff's monthly income to his inmate trust fund. 28 U.S.C. § 1915(b)(2). The statute does not grant discretion to reduce the monthly collection.

To date Plaintiff has satisfied the $350.00 District Court filing fee $99.20 toward the appellate filing fee in the oldest of the two cases, 2:10cv246.[1] No payments have been applied to the instant case.

Plaintiff's motion (D.E. 25) is denied in all things except that the Clerk shall mail to Plaintiff a copy of the current docket sheets in his cases which confirm payments received, the receipt numbers, and the amounts still due and owing in both of his cases.

ORDERED this 1st day of October, 2013.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE

---

[1] An order vacating the collection order for the District Court filing fee will be entered in 2:10cv376. After Plaintiff's account is updated, only 60% of each deposit should be collected by TDCJ in Plaintiff's Corpus Christi Division cases.